JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: keslie.stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00114 SBA |
| ) | |
|     Plaintiff, ) | STIPULATED REQUEST AND JOINT |
| ) | MOTION AND  ORDER TO CONTINUE |
|   v. ) | HEARING DATE TO MAY 5, 2009, FOR |
| ) | CHANGE OF PLEA AND SENTENCING |
| VICTOR ENRIQUE ANDRADE- ) | AND TO EXCLUDE TIME UNDER THE |
| PARTIDA, ) | SPEEDY TRIAL ACT |
| ) | |
|     Defendant. ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his

attorney of record, hereby stipulate and ask the Court to find as follows:

     1.    The government and defendant have reached a negotiated disposition in which

defendant will plead guilty to a binding plea agreement.

     2.    Accordingly, the parties will submit a proposed plea agreement, submitted under

separate cover for the Court's consideration, pursuant to Federal Rule of Criminal Procedure

11(c)(1)(C).  The parties further stipulate and request that the Court find and order the following:

        (a)    That the parties have submitted a plea agreement for the Court's

consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and that a hearing for

change of plea and imposition of judgment and sentence be scheduled for 10:00 a.m. on May 5, 2009; and that the time period from February 24, 2009, through May 5, 2009, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

IT IS SO STIPULATED.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:    2/23/09                                          /s/
                                                KESLIE STEWART
                                                Assistant United States Attorney

                                                Attorney for Plaintiff
                                                UNITED STATES OF AMERICA

Dated:    2/23/09                                          /s/
                                                JEROME MATTHEWS
                                                Attorney for Defendant

    I hereby attest that I have authorization to file this document on behalf of those individuals whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.
//
//
//
//
//
//

1
2
3
**[PROPOSED] ORDER**

4
FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

5
A hearing for change of plea and imposition of judgment and sentence is hereby

6
scheduled for 10:00 a.m. on May 5, 2009.  Time is excluded for purposes of the Speedy Trial

7
Act from February 24, 2009, through the hearing date of May 5, 2009, pursuant to 18 U.S.C.

8
§ 3161(h)(1)(I) because that period of delay results from consideration by the Court of a

9
proposed plea agreement entered into by the defendant and the government pursuant to Federal

10
Rule of Criminal Procedure 11(c)(1)(C).  The United States Probation Office is ordered to

11
prepare a Presentence Report for defendant.

12
13
14
15
DATED: 2/25/09

_Saundra B Armstrong_
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

16
17
18
19
20
21
22
23
24
25
26
27
28