1 | BARRY J. PORTMAN
Federal Public Defender
2 | JEROME E. MATTHEWS
Assistant Federal Public Defender
3 | 555 - 12th Street
Suite 650
4 | Oakland, CA 94607-3627
Telephone: (510) 637-3500
5
Counsel for Defendant VICTOR ANDRADE PARTIDA
6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )     No. CR-09 00114 SBA
                                        )
12 |                 Plaintiff,          )     STIPULATION AND ORDER
                                        )     ADVANCING HEARING DATE FOR
13 | vs.                                 )     CHANGE OF PLEA AND SENTENCING
                                        )
14 | VICTOR ANDRADE PARTIDA,             )
                                        )
15 |                 Defendant.          )
       _____    )
16

17

18      This matter presently is set for Victor Andrade Partida to change his plea and be

19 sentenced on May 5, 2009.  The parties have submitted a "fast-track" plea agreement, the

20 probation officer has completed and sent to the Court a criminal history only pre-plea report, and

21 the parties are ready to proceed.  In addition, Mr. Andrade Partida's family would like to attend

22 the hearing and are not able to be present on May 5, 2009.  For these reasons, IT IS

23 STIPULATED AND AGREED that the change of plea and sentencing hearing be advanced to

24 April 28, 2009 at 10:00 a.m.

25

26

STIP/ORD                                1

1

2  Dated: April 14, 2009                                      /S/
3                                                   _____
                                                    JEROME MATTHEWS
4                                                   Assistant Federal Public Defender

5                                                            /S/
   Dated: April 14, 2009                           _____
6                                                   KESLIE STEWART
                                                    Assistant United States Attorney
7

8  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this e-filed document.
9

10
        Based on the reasons provided in the stipulation of the parties above, the Court hereby
11
   FINDS that there is good cause for advance the defendant's change of plea and sentencing
12
   hearing to April 28, 2009.
13
        Based on these findings, IT IS HEREBY ORDERED that the defendant's change of plea
14
   and sentencing hearing be advanced from May 5, 2009 to April 28, 2009 at 10:00 a.m.
15
        IT IS SO ORDERED.
16

17

18
   Dated:  April 15, 2009                          _____
19                                                  SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge
20

21

22

23

24

25

26

STIP/ORD                                    2